**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02878

AMERICAN HUMANIST ASSOCIATION, INC.,
and JOHN DOE, individually, and as a parent and next friend of DOECHILD-1 and DOECHILD-2, minors,
and DOECHILD 1, a minor
and DOECHILD 2, a minor
and JACK ROE, individually, and as a parent on behalf of a minor,
and JILL ROE, individually, and as a parent on behalf of a minor,
and JANE ZOE, individually, and as a parent on behalf of a minor,

*Plaintiffs*, v.

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
and DOUGLAS COUNTY BOARD OF EDUCATION,
and ELIZABETH CELANIA-FAGEN, individually, and in her official capacity as Superintendent of Douglas County School District,
and JOHN GUTIERREZ, in his official capacity as Principal of Cougar Run Elementary School,
and JERRY GOINGS, in his official capacity as Principal of Highlands Ranch High School
and MICHAEL MUNIER, in his individual capacity,
and WENDY KOCESKI in her official capacity as Elementary Principal of SkyView Academy,
and LISA NOLAN, in her official capacity as Executive Director of SkyView Academy,

*Defendants*.

---

**PLAINTIFFS' PARTIALLY UNOPPOSED MOTION TO PROCEED BY PSEUDONYMS**

---

Plaintiffs, by and through the undersigned counsel, submit this Motion to Proceed by Pseudonyms. This Motion is filed in conjunction with Plaintiffs' Complaint.[1]  This Motion is

---

[1] *See Doe v. Heil*, 2008 U.S. Dist. LEXIS 94551 (D. Colo. Nov. 13, 2008) ("THIS MATTER comes before the court on Plaintiff's Motion to Proceed Anonymously (doc. # 2) filed on October 29, 2008, contemporaneously with Plaintiff John Doe's Complaint (doc. # 1).").

1

based on the accompanying Memorandum, incorporated herein by reference, the attached Exhibits, the Complaint, the argument of counsel, and such other matters of which the Court may take judicial notice. The corresponding Memorandum sets for the legal authority for this Motion in satisfaction of D.C.COLO.LCiv.R.7.1(d). Plaintiffs will furnish the Court a proposed order in accordance with L.R. 7.1(g) only if requested by the Court.

This Motion is *unopposed* by the majority of the Defendants. The following Defendants *assent* to this Motion: Douglas County School District Re-1, Douglas County Board Of Education, Elizabeth Celania-Fagen, John Gutierrez, and Jerry Goings. The following Defendants *oppose* this Motion: Michael Munier, Wendy Koceski, and Lisa Nolan.

### D.C.COLO.LCivR 7.1(a) Certification

Plaintiffs' counsel has made reasonable good faith efforts to confer with Defendants in satisfaction of D.C.COLO.LCivR 7.1(a). In particular, on October 23, 2014, the day after this lawsuit was filed, Monica Miller, attorney for Plaintiffs, emailed Robert Ross, the in-house attorney for the School District, explaining the nature of the Motion and the need to secure the Plaintiffs' anonymity. Mr. Ross promptly responded and informed Ms. Miller that he would need a few days to discuss the motion with his clients. He told Ms. Miller that he did not represent the SkyView Academy Defendants. Ms. Miller asked Mr. Ross if he could give her the name of the SkyView Academy attorney, to which Mr. Ross responded that it was a Mr. Barry K. Arrington.

Ms. Miller then emailed Mr. Arrington that day (October 23, 2014), explaining the nature and purpose of the motion, and asking whether the SkyView Academy Defendants would oppose or assent to the motion. Mr. Arrington asked Ms. Miller to send him evidence to substantiate the motion and need for anonymity. Ms. Miller immediately furnished to Mr. Arrington a sampling of evidence, which was taken from the Memorandum in support of the Motion (on pages 7 – 11). Mr. Arrington responded: "I saw a lot of animosity directed at your organization. I did not see a single word directed at an individual who might be your client. We do not agree to the motion."

Ms. Miller replied, indicating that the lack of comments targeted at the individual plaintiffs was a result of their remaining anonymous. She added:

> Even still, several people on the thread demanded their identities be disclosed so they could "harass" them. But it seems you've made your decision, and though I disagree with it, I appreciate that both of you responded to my emails to try and sort this out. If you have a change of heart by tomorrow, let me know.

Mr. Ross, attorney for the remaining Defendants, wrote to Ms. Miller separately, informing her that his clients have not yet made a decision on the matter and that he would still like a few more days to decide. Ms. Miller responded, saying that was perfectly acceptable.

On October 24, 2014, attorney Eric Hall sent an email to Ms. Miller informing her that he will be representing the School District, its Board of Education, Dr. Celania-Fagen, Mr. Gutierrez, and Mr. Goings. He indicated that he would be available on October 27, 2014, to further discuss the Motion. On October 27, 2014, Ms. Miller called Mr. Hall to discuss the Motion. After Ms. Miller assured Mr. Hall that the Defendants would not be prejudiced in discovery, Mr. Hall assented to the Motion on behalf of his clients.

In view of the foregoing, Plaintiffs have fulfilled their duty of conferring with Defendants prior to filing the above-captioned Motion. For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs respectfully request that the Court grant their Motion to proceed by pseudonyms.

        Respectfully Submitted,

        October 27, 2014

                      s/ Monica L. Miller
                      MONICA L. MILLER
                      American Humanist Association
                      1777 T Street N.W., Washington, D.C, 20009
                      202-238-9088; Fax: 202-238-9003
                      mmiller@americanhumanist.org
                      CA Bar: 288343 / DC Bar: 101625

DAVID A. NIOSE
Law Offices of David Niose
348 Lunenburg Street, Suite 202, Fitchburg, MA 01420
978-343-0800
dniose@nioselaw.com
MA Bar: 556484

Daniele W. Bonifazi, Colorado Bar No. 30645
BONIFAZI & INDERWISH, P.C.
1873 South Bellaire Street, Suite 1401
Denver, Colorado  80222
Phone Number: 720-208-0111
Fax Number: 720-208-0130
dbonifazi@i-blaw.com

**ATTORNEYS FOR PLAINTIFFS**

4

**Certificate of Service**

The undersigned hereby certifies that she has served the foregoing Motion to Proceed by Pseudonyms to Defendants DOUGLAS COUNTY SCHOOL DISTRICT RE-1, DOUGLAS COUNTY BOARD OF EDUCATION, ELIZABETH CELANIA-FAGEN, JOHN GUTIERREZ, and JERRY GOINGS, to their counsel of record, Eric Hall, via email at EHall@lrrlaw.com; and to Defendants MICHAEL MUNIER, WENDY KOCESKI, and LISA NOLAN, to their counsel of record, Barry Arrington, via email at barry@arringtonpc.com, on this day of October 27, 2014. Mr. Hall and Mr. Arrington have agreed to accept service on behalf of their respective clients.

/s Monica L. Miller
MONICA L. MILLER
American Humanist Association
1777 T Street N.W., Washington, D.C, 20009
202-238-9088; Fax: 202-238-9003
mmiller@americanhumanist.org
CA Bar: 288343 / DC Bar: 101625

DAVID A. NIOSE
Law Offices of David Niose
348 Lunenburg Street, Suite 202, Fitchburg, MA 01420
978-343-0800
dniose@nioselaw.com
MA Bar: 556484

Daniele W. Bonifazi, Colorado Bar No. 30645
BONIFAZI & INDERWISH, P.C.
1873 South Bellaire Street, Suite 1401
Denver, Colorado  80222
Phone Number: 720-208-0111
Fax Number: 720-208-0130
dbonifazi@i-blaw.com

**ATTORNEYS FOR PLAINTIFFS**