**Exhibit 6**



**Exhibit 6**



**Exhibit 6**

Conversation started November 22, 2013



**Michael Dunson**     11/22, 7:03pm

Hello there how are you doing? I have a question for you, was your mom a whore and a slut? Is this why you became who you are today? You just probably ruined a lot of little children Christmas because of your stupid beliefs. Are you married? or do you have a boyfriend? Where you raped and molested when you were little? This could be another reason why you became who you are today, a no good piece of shit. I really do believe that your mother was a nice person but what happened to your sorry little ass?

**Exhibit 6**

