**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02878-CBS-MJW

AMERICAN HUMANIST ASSOCIATION, INC.,
and JOHN DOE, individually, and as a parent and next friend of DOECHILD-1 and DOECHILD-2, minors,
and DOECHILD 1, a minor
and DOECHILD 2, a minor
and JACK ROE, individually, and as a parent on behalf of a minor,
and JILL ROE, individually, and as a parent on behalf of a minor,
and JANE ZOE, individually, and as a parent on behalf of a minor,

*Plaintiffs*, v.

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
and DOUGLAS COUNTY BOARD OF EDUCATION,
and ELIZABETH CELANIA-FAGEN, individually, and in her official capacity as Superintendent of Douglas County School District,
and JOHN GUTIERREZ, in his official capacity as Principal of Cougar Run Elementary School,
and JERRY GOINGS, in his official capacity as Principal of Highlands Ranch High School
and MICHAEL MUNIER, in his individual capacity,
and WENDY KOCESKI in her official capacity as Elementary Principal of SkyView Academy,
and LISA NOLAN, in her official capacity as Executive Director of SkyView Academy,

*Defendants*.

**SUPPLEMENT TO PLAINTIFFS' MOTION TO PROCEED BY PSEUDONYMS**

Plaintiffs, by and through the undersigned counsel, submit this Supplement to their Motion to Proceed by Pseudonyms. This Supplement is to notify the Court that all Defendants consent to Plaintiffs' Motion. On November 4, 2014, Mr. Barry K. Arrington, counsel for Defendants Michael Munier, Wendy Koceski, and Lisa Nolan, informed Monica L. Miller, counsel for Plaintiffs, that his clients now assent to Plaintiffs' Motion to Proceed by Pseudonyms. As such, the Motion is unopposed by all Defendants.

1

Respectfully Submitted,

November 4, 2014

        s/ Monica L. Miller
        MONICA L. MILLER
        American Humanist Association
        1777 T Street N.W., Washington, D.C, 20009
        202-238-9088; Fax: 202-238-9003
        mmiller@americanhumanist.org
        CA Bar: 288343 / DC Bar: 101625

        DAVID A. NIOSE
        Law Offices of David Niose
        348 Lunenburg Street, Suite 202, Fitchburg, MA 01420
        978-343-0800
        dniose@nioselaw.com
        MA Bar: 556484

        Daniele W. Bonifazi, Colorado Bar No. 30645
        BONIFAZI & INDERWISH, P.C.
        1873 South Bellaire Street, Suite 1401
        Denver, Colorado  80222
        Phone Number: 720-208-0111
        Fax Number: 720-208-0130
        dbonifazi@i-blaw.com

        **ATTORNEYS FOR PLAINTIFFS**