**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02878

AMERICAN HUMANIST ASSOCIATION, INC.,
and JOHN DOE, individually, and as a parent and next friend of DOECHILD-1 and
DOECHILD-2, minors,
and DOECHILD-1, a minor
and DOECHILD-2, a minor
and JACK ROE, individually, and as a parent on behalf of a minor,
and JILL ROE, individually, and as a parent on behalf of a minor,
and JANE ZOE, individually, and as a parent on behalf of a minor,

*Plaintiffs*, v.

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
and DOUGLAS COUNTY BOARD OF EDUCATION,
and ELIZABETH CELANIA-FAGEN, individually, and in her official capacity as
Superintendent of Douglas County School District,
and JOHN GUTIERREZ, in his official capacity as Principal of Cougar Run Elementary School,
and JERRY GOINGS, in his official capacity as Principal of Highlands Ranch High School
and MICHAEL MUNIER, in his individual capacity,
and WENDY KOCESKI in her official capacity as Elementary Principal of SkyView Academy,
and LISA NOLAN, in her official capacity as Executive Director of SkyView Academy,

*Defendants*.

_____

**ANSWER BY THE SCHOOL DISTRICT DEFENDANTS**
_____

Defendants Douglas County School District RE-1, Douglas County Board of Education,

Elizabeth Celania-Fagen, John Gutierrez, and Jerry Goings (jointly referred to as "the School

District Defendants"), through their attorneys, Lewis Roca Rothgerber LLP, hereby answer the

Complaint, filed October 22, 2014, (**doc 1**) as follows:

## NATURE OF THE CLAIMS

1.      The School District Defendants deny the allegations of Paragraph 1 of the Complaint.

2.      Paragraph 2 is a legal statement about what sort of relief the Plaintiffs are requesting; thus, no response is required. To the extent a response is required, the School District Defendants deny the allegations.

## JURISDICTION AND VENUE

3.      The School District Defendants admit that this Court has jurisdiction over Plaintiffs' claims. The remaining allegations in Paragraph 3 are legal conclusions about the authority of the Court pursuant to certain statutes and rules to which no response is required.

4.      The School District Defendants admit that venue is proper in this Court. The School District Defendants deny the remaining allegations of Paragraph 4 of the Complaint.

## PARTIES

5.      The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 5 of the Complaint and therefore deny the same.

6.      The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 6 of the Complaint and therefore deny the same.

7.      The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 7 of the Complaint and therefore deny the same.

8.      The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 8 of the Complaint and therefore deny the same.

9.      The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 9 of the Complaint and therefore deny the same.

10.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph10 of the Complaint and therefore deny the same.

11.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 11 of the Complaint and therefore deny the same.

12.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 12 of the Complaint and therefore deny the same.

13.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 13 of the Complaint and therefore deny the same.

14.     The School District Defendants admit that Douglas County School District RE-1 (the "School District") is a public school district in Colorado and that it exists pursuant to the laws of the State of Colorado. The School District Defendants admit that the School District is

the governing body for district public schools in Douglas County, Colorado, but specifically denies that it is the governing body for charter schools, like SkyView Academy.

15.     The School District Defendants admit that the Douglas County Board of Education is a seven-member elected body that governs the School District and its schools. The School District Defendants deny that the Douglas County Board of Education governs or administers any of the charter schools in the School District, like SkyView Academy.

16.     The School District Defendants admit that Elizabeth Celania-Fagen is the Superintendent for the School District according to the laws of the State of Colorado. The School District Defendants admit that Dr. Celania-Fagen is responsible for overseeing the operation of the School District's public schools but deny that she has that authority over charter schools in the School District, like SkyView Academy. The School District Defendants note that the Plaintiffs voluntarily dismissed the claims against Dr. Celania-Fagen in her individual capacity by a pleading filed November 12, 2014 (**doc 11**). The School District Defendants deny the remaining allegations in Paragraph 16.

17.     The School District Defendants admit the allegations in Paragraph 17 of the Complaint.

18.     The School District Defendants admit the allegations in Paragraph 18 of the Complaint.

19.     The School District Defendants note that the Plaintiffs voluntarily dismissed Michael Munier from this case in a pleading filed November 12, 2014 (**doc 11**). To the extent further response is required, the School District Defendants state that they lack knowledge or

information sufficient to form a belief about the truth of the allegations in Paragraph 19 and therefore deny the same.

20.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 20 of the Complaint and therefore deny the same.

21.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 21 of the Complaint and therefore deny the same.

**FACTS**

22.    The School District Defendants deny the allegations in Paragraph 22 of the Complaint. In addition, the School District Defendants specifically deny that SkyView Academy is one of the School District's schools in the sense that the District has governing oversight over it. Rather, SkyView Academy is a public charter school authorized by the School District pursuant to the Charter Schools Act, C.R.S. § 22-30.5-101 *et seq.*

23.    The School District Defendants deny the allegations in Paragraph 23 of the Complaint.

**Operation Christmas Child**

24.    The School District Defendants deny the allegations in Paragraph 24 of the Complaint.

25.    Paragraphs 25 through 91 of the Complaint contain allegations about an organization called Samaritan's Purse and how it operates one of its programs called Operation

Christmas Child. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 25 and therefore deny the same.

26.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 26 and therefore deny the same.

27.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 27 and therefore deny the same.

28.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 28 and therefore deny the same.

29.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 29 and therefore deny the same.

30.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 30 and therefore deny the same.

31.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 31 and therefore deny the same.

32.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 32 and therefore deny the same.

33.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 33 and therefore deny the same.

34.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 34 and therefore deny the same.

35.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 35 and therefore deny the same.

36.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 36 and therefore deny the same.

37.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 37 and therefore deny the same.

38.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 38 and therefore deny the same.

39.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 39 and therefore deny the same.

40.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 40 and therefore deny the same.

41.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 41 and therefore deny the same.

42.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 42 and therefore deny the same.

43.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 43 and therefore deny the same.

44.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 44 and therefore deny the same.

45.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 45 and therefore deny the same.

46.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 46 and therefore deny the same.

47.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 47 and therefore deny the same.

48.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 48 and therefore deny the same.

49.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 49 and therefore deny the same.

50.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 50 and therefore deny the same.

51.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 51 and therefore deny the same.

52.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 52 and therefore deny the same.

53.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 53 and therefore deny the same.

54.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 54 and therefore deny the same.

55.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 55 and therefore deny the same.

56.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 56 and therefore deny the same.

57.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 57 and therefore deny the same.

58.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 58 and therefore deny the same.

59.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 59 and therefore deny the same.

60.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 60 and therefore deny the same.

61.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 61 and therefore deny the same.

62.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 62 and therefore deny the same.

63.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 63 and therefore deny the same.

64.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 64 and therefore deny the same.

65.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 65 and therefore deny the same.

66.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 66 and therefore deny the same.

67.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 67 and therefore deny the same.

68.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 68 and therefore deny the same.

69.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 69 and therefore deny the same.

70.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 70 and therefore deny the same.

71.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 71 and therefore deny the same.

72.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 72 and therefore deny the same.

73.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 73 and therefore deny the same.

74.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 74 and therefore deny the same.

75.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 75 and therefore deny the same.

76.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 76 and therefore deny the same.

77.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 77 and therefore deny the same.

78.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 78 and therefore deny the same.

79.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 79 and therefore deny the same.

80.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 80 and therefore deny the same.

81.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 81 and therefore deny the same.

82.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 82 and therefore deny the same.

83.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 83 and therefore deny the same.

84.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 84 and therefore deny the same.

85.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 85 and therefore deny the same.

86.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 86 and therefore deny the same.

87.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 87 and therefore deny the same.

88.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 88 and therefore deny the same.

89.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 89 and therefore deny the same.

90.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 90 and therefore deny the same.

91.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 91 and therefore deny the same.

92.     The School District Defendants deny the allegations of Paragraph 92 of the Complaint.

93.     The School District Defendants deny the allegations of Paragraph 93 of the Complaint.

94.     The School District Defendants deny the allegations of Paragraph 94 of the Complaint.

95.     The email referred to in Paragraph 95 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 95.

96.     The email referred to in Paragraph 96 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 96.

97.     The email referred to in Paragraph 97 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 97.

98.     The email referred to in Paragraph 98 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 98.

99.     The email referred to in Paragraph 99 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 99.

100.     The email referred to in Paragraph 100 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 100.

101.     The email referred to in Paragraph 101 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 101.

102.    The email referred to in Paragraph 102 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 102.

103.    The email referred to in Paragraph 103 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 103.

104.    The email referred to in Paragraph 104 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 104.

105.    The spreadsheet referred to in Paragraph 105 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 105.

106.    The email referred to in Paragraph 106 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 106.

107.    The Daily Bulletin referred to in Paragraph 107 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 107.

108.    The Daily Bulletin referred to in Paragraph 108 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 108.

109.    The email referred to in Paragraph 109 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 109.

110.    The email referred to in Paragraph 110 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 110.

111.    The email referred to in Paragraph 111 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 111.

112.    The School District Defendants deny the allegations of Paragraph 112 of the Complaint.

113.    The email referred to in Paragraph 113 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 113.

114.    The email referred to in Paragraph 114 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 114.

115.    The School District Defendants deny the allegations of Paragraph 115 of the Complaint.

116.    The newsletter referred to in Paragraph 116 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 116.

117.    The newsletter referred to in Paragraph 117 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 117.

118.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 118 of the Complaint and therefore deny the same.

119.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 119 of the Complaint and therefore deny the same.

120.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 120 of the Complaint and therefore deny the same.

121.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 121 of the Complaint and therefore deny the same.

122.     The School District Defendants affirmatively state that SkyView Academy is a
public charter school authorized by the School District pursuant to the Colorado Charter Schools
Act, C.R.S. 22-30.5-101 *et seq.*, which means that SkyView Academy and the School District
are separate entities and are separately responsible for their own actions contrary to what the
allegations in Paragraph 122 imply. The School District Defendants are without information
sufficient to form a belief about the truth of the allegation about what SkyView Academy
provided to its students and therefore deny the remaining allegations in Paragraph 122 of the
Complaint.

123.     The newsletter referred to in Paragraph 123 speaks for itself. The School District
Defendants affirmatively deny that the SkyView Academy newsletter is "available on the School
District's website," as alleged in Paragraph 123. Rather, the newsletter is available on SkyView
Academy's website. The School District Defendants lack knowledge or information sufficient to
form a belief about the truth of the allegations in Paragraph 123 of the Complaint and therefore
deny the same.

124.     The screenshot shown in Exhibit 39 is of SkyView Academy's website, not the
School District's website. The screenshot speaks for itself. The School District Defendants deny
the remaining allegations alleged in Paragraph 124.

125.     The screenshot referred to in Paragraph 125 was posted on SkyView Academy's
website, not the School District's website. The screenshot speaks for itself. The School District
Defendants deny the remaining allegations alleged in Paragraph 125.

126.    Exhibit 40 referred to in Paragraph 126 is a screenshot of SkyView Academy's website, not the School District's website. The screenshot speaks for itself. The School District Defendants deny the remaining allegations alleged in Paragraph 126.

127.    The screenshot referred to in Paragraph 127 speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 127 of the Complaint and therefore deny the same.

128.    Exhibit 41 referred to in Paragraph 128 is a screenshot of SkyView Academy's website, not the School District's website. The screenshot speaks for itself. The School District Defendants deny the remaining allegations alleged in Paragraph 128.

129.    The message referred to in Paragraph 129 is from SkyView Academy's website, not the School District's website. The message speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 129 of the Complaint and therefore deny the same.

130.    Exhibit 42 referred to in Paragraph 130 speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 130 of the Complaint and therefore deny the same.

131.    Exhibit 42 referred to in Paragraph 131 speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 131 of the Complaint and therefore deny the same.

132.    Exhibit 42 referred to in Paragraph 132 speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 132 of the Complaint and therefore deny the same.

16

133.    Exhibit 42 referred to in Paragraph 133 speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 133 of the Complaint and therefore deny the same.

134.    Exhibit 42 referred to in Paragraph 134 speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 134 of the Complaint and therefore deny the same.

135.    Exhibit 42 is taken from SkyView Academy's website, not the School District's website. Exhibit 42 speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 135 of the Complaint and therefore deny the same.

136.    The flyer referred to in Paragraph 136 speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 136 of the Complaint and therefore deny the same.

137.    The flyer referred to in Paragraph 137 speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 137 of the Complaint and therefore deny the same.

138.    The flyer referred to in Paragraph 138 speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 138 of the Complaint and therefore deny the same.

139.    The flyer referred to in Paragraph 139 speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 139 of the Complaint and therefore deny the same.

140.     The flyer referred to in Paragraph 140 speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 140 of the Complaint and therefore deny the same.

141.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 141 of the Complaint and therefore deny the same.

142.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 142 of the Complaint and therefore deny the same.

143.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 143 of the Complaint and therefore deny the same.

144.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 144 of the Complaint and therefore deny the same.

145.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 145 of the Complaint and therefore deny the same.

146.     The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 146 of the Complaint and therefore deny the same.

147.    The School District Defendants affirmatively state that the letter dated November 13, 2013 and attached to the Complaint as Exhibit 45 was sent to SkyView Academy officials and not to the School District. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 147 of the Complaint and therefore deny the same.

148.    The School District Defendants affirmatively state that the letter dated November 13, 2013 and attached to the Complaint as Exhibit 45 was sent to SkyView Academy officials and not to the School District. The letter speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 148 of the Complaint and therefore deny the same.

149.    The email referred to in Paragraph 149 speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 149 of the Complaint and therefore deny the same.

150.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 150 of the Complaint and therefore deny the same.

151.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 151 of the Complaint and therefore deny the same.

152.    The article referred to in Paragraph 152 speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 152 of the Complaint and therefore deny the same.

153.    The emails referred to in Paragraph 153 speak for themselves. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 153 of the Complaint and therefore deny the same.

154.    The email referred to in Paragraph 154 speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 154 of the Complaint and therefore deny the same.

155.    The article referred to in Paragraph 155 speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 155 of the Complaint and therefore deny the same.

156.    The School District Defendants admit the School District furnished documents to Plaintiff American Humanist Association pursuant to a request under Colorado's public records statute.

157.    The email referred to in Paragraph 157 speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 157 of the Complaint and therefore deny the same.

158.    The email exchange referred to in Paragraph 158 speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 158 of the Complaint and therefore deny the same.

159.    The email and attachments referred to in Paragraph 159 speak for themselves. The School District Defendants deny the allegations in Paragraph 159 of the Complaint.

**Christian Mission Trip**

160.    The School District Defendants deny the allegations in Paragraph 160 of the Complaint.

161.    The School District Defendants deny the allegations in Paragraph 161 of the Complaint.

162.    Paragraphs 162 through 172 state allegations about an organization called Adventures in Missions. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 162 of the Complaint and therefore deny the same.

163.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 163 of the Complaint and therefore deny the same.

164.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 164 of the Complaint and therefore deny the same.

165.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 165 of the Complaint and therefore deny the same.

166.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 166 of the Complaint and therefore deny the same.

167.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 167 of the Complaint and therefore deny the same.

168.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 168 of the Complaint and therefore deny the same.

169.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 169 of the Complaint and therefore deny the same.

170.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 170 of the Complaint and therefore deny the same.

171.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 171 of the Complaint and therefore deny the same.

172.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 172 of the Complaint and therefore deny the same.

173.    Paragraphs 173 through 175 make allegations related to an organization called Fellowship of Christian Athletes. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 173 of the Complaint and therefore deny the same.

174.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 174 of the Complaint and therefore deny the same.

175.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 175 of the Complaint and therefore deny the same.

176.    The School District Defendants deny the allegations in Paragraph 176 of the Complaint.

177.    The School District Defendants deny the allegations in Paragraph 177 of the Complaint.

178.    The School District Defendants deny the allegations in Paragraph 178 of the Complaint.

179.    The School District Defendants admit that Ms. Alex Malach went on a trip to Guatemala. However, Ms. Malach took this trip in her personal capacity not in her official capacity as a teacher from Highlands Ranch High School.

180.    The School District Defendants admit that Mr. Bradley "Brad" Odice went on a trip to Guatemala. However, Mr. Odice took this trip in his personal capacity not in his official capacity as a teacher from Highlands Ranch High School.

181.    The webpage referred to in Paragraph 181 speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 181 of the Complaint and therefore deny the same.

182.    The School District Defendants admit the allegations in Paragraph 182 of the Complaint.

183.    The screenshot referred to in Paragraph 183 speaks for itself. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 183 of the Complaint and therefore deny the same.

184.    The blog posts referred to in Paragraph 184 speak for themselves. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 184 of the Complaint and therefore deny the same.

185.    The School District Defendants deny the allegations in Paragraph 185 of the Complaint.

186.    The screenshots referred to in Paragraph 186 speak for themselves. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 186 of the Complaint and therefore deny the same.

187.    The School District Defendants admit that one blog post was written by Ms. Alex Malach. However, like with the entire trip, Ms. Malach wrote and traveled in her personal capacity not in her official capacity as a teacher at Highlands Ranch High School. The School District Defendants deny the remaining allegations in Paragraph 187 of the Complaint.

188.    The screenshots referred to in Paragraph 188 speak for themselves. The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 188 of the Complaint and therefore deny the same.

189.    Exhibit 57 referred to in Paragraph 189 speaks for itself. The School District Defendants deny the allegations in Paragraph 189 of the Complaint.

190.    The blog post referred to in Paragraph 190 speaks for itself. The School District Defendants deny the allegations in Paragraph 190 of the Complaint.

191.    The blog post referred to in Paragraph 191 speaks for itself. The School District Defendants deny the allegations in Paragraph 191 of the Complaint.

192.    Exhibit 56 referred to in Paragraph 192 speaks for itself. The School District Defendants deny the allegations in Paragraph 192 of the Complaint.

193.    The blog post referred to in Paragraph 193 speaks for itself. The School District Defendants deny the allegations in Paragraph 193 of the Complaint.

194.    Exhibit 56 referred to in Paragraph 194 speaks for itself. The School District Defendants deny the allegations in Paragraph 194 of the Complaint.

195.    The School District Defendants deny the allegations in Paragraph 195 of the Complaint.

196.    The School District Defendants admit that Mr. Odice went on the trip to Guatemala. However, Mr. Odice participated in his personal capacity, not in his official capacity as a public school teacher at Highlands Ranch High School. The School District Defendants deny the remaining allegations in Paragraph 196 of the Complaint.

197.    The School District Defendants deny the allegations in Paragraph 197 of the Complaint.

198.    The School District Defendants admit that Cougar Run Elementary School organized a "supply drive" to provide hygiene materials and sports equipment to needy children in Guatemala. The School District Defendants deny the remaining allegations in Paragraph 198 of the Complaint.

199.    The School District Defendants admit that Cougar Run Elementary School donated proceeds from its school newspaper, Press Paws, to support the supply drive for needy children in Guatemala. The School District Defendants deny the remaining allegations in Paragraph 199 of the Complaint.

200.    The School District Defendants admit that Cougar Run Elementary School asked parents to donate to the supply drive for needy children in Guatemala and to make checks payable to "Cougar Run Elementary." The School District Defendants further state that no donations from parents were received. The School District Defendants deny the remaining allegations in Paragraph 200 of the Complaint.

201.    The School District Defendants admit that the flyer attached as Exhibit 58 to the Complaint was distributed to Cougar Run Elementary students. The flyer speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 201 of the Complaint.

202.    The School District Defendants admit that Cougar Run Elementary School distributed to its students the flyer attached to the Complaint as Exhibit 58. The flyer speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 202 of the Complaint.

203.    The flyer referred to in Paragraph 203 speaks for itself. The School District Defendants admit that Cougar Elementary School distributed this flyer to its students. The School District Defendants deny the remaining allegations in Paragraph 203 of the Complaint.

204.    The flyer referred to in Paragraph 204 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 204 of the Complaint.

205.    The flyer referred to in Paragraph 205 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 205 of the Complaint.

206.    The email referred to in Paragraph 206 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 206 of the Complaint.

207.    The email referred to in Paragraph 207 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 207 of the Complaint.

208.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 208 of the Complaint and therefore deny the same.

209.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 209 of the Complaint and therefore deny the same.

210.    The School District Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 210 of the Complaint and therefore deny the same.

211.    The email referred to in Paragraph 211 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 211 of the Complaint.

212.    The email referred to in Paragraph 212 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 212 of the Complaint.

213.    The flyer referred to in Paragraph 213 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 213 of the Complaint.

214.    The email referred to in Paragraph 214 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 214 of the Complaint.

215.    The letter referred to in Paragraph 215 speaks for itself. The School District Defendants admit that Exhibit 61 is a true and accurate copy of this letter. The School District Defendants deny the remaining allegations in Paragraph 215 of the Complaint.

216.    The letter referred to in Paragraph 216 speaks for itself. The School District Defendants admit that they never provided a response to Plaintiff American Humanist Association.  The School District Defendants deny the remaining allegations in Paragraph 216 of the Complaint.

**Belize Mission Trip**

217.    The School District Defendants deny the allegations of Paragraph 217 of the Complaint.

218.    The School District Defendants admit that pursuant to a secular literacy program School District teachers visit Belize schools and educators from Belize visit Douglas County schools. The School District Defendants deny the remaining allegations in Paragraph 218 of the Complaint.

219.    The School District Defendants deny the allegations of Paragraph 219 of the Complaint.

220.    The School District Defendants deny the allegations of Paragraph 220 of the Complaint.

221.    The emails referred to in Paragraph 221 speak for themselves. The School District Defendants deny the remaining allegations in Paragraph 221 of the Complaint.

222.    The attachment referred to in Paragraph 222 speaks for itself. The School District Defendants deny the remaining allegations in Paragraph 222 of the Complaint.

223.    The emails referred to in Paragraph 223 speak for themselves. The School District Defendants deny the remaining allegations in Paragraph 223 of the Complaint.

224.    The School District Defendants deny the allegations of Paragraph 224 of the Complaint.

225.    The School District Defendants deny the allegations of Paragraph 225 of the Complaint.

226.    The School District Defendants deny the allegations of Paragraph 226 of the Complaint.

227.    Paragraphs 227 through 231 refer to a trip to Belize unrelated to the School District Defendants and apparently sponsored by a Methodist Church. Emails and documents referred to in Paragraph 227 through 231 speak for themselves. The School District Defendants lack knowledge or information to form a belief about the truth of the allegations in Paragraphs 227 through 231, and therefore deny the same.

228.    The School District Defendants lack knowledge or information to form a belief about the truth of the allegations in Paragraphs 228 related to this other trip to Belize apparently sponsored by a Methodist Church, and therefore deny the same.

229.    The School District Defendants lack knowledge or information to form a belief about the truth of the allegations in Paragraphs 229 related to this other trip to Belize apparently sponsored by a Methodist Church, and therefore deny the same.

230.     The School District Defendants lack knowledge or information to form a belief about the truth of the allegations in Paragraphs 230 related to this other trip to Belize apparently sponsored by a Methodist Church, and therefore deny the same.

231.     The School District Defendants lack knowledge or information to form a belief about the truth of the allegations in Paragraphs 231 related to this other trip to Belize apparently sponsored by a Methodist Church, and therefore deny the same.

## FIRST CAUSE OF ACTION
### *(Violation of the Establishment Clause of the First Amendment)*

232.     All prior responses are incorporated herein.

233.     The School District Defendants deny the allegations of Paragraph 233 of the Complaint.

234.     The School District Defendants deny the allegations of Paragraph 234 of the Complaint.

235.     The School District Defendants deny the allegations of Paragraph 235 of the Complaint.

236.     The School District Defendants deny the allegations of Paragraph 236 of the Complaint.

237.     The School District Defendants deny the allegations of Paragraph 237 of the Complaint.

238.     The School District Defendants deny the allegations of Paragraph 238 of the Complaint.

239.     The School District Defendants deny the allegations of Paragraph 239 of the Complaint.

240.    The School District Defendants deny the allegations of Paragraph 240 of the Complaint.

241.    The School District Defendants deny the allegations of Paragraph 241 of the Complaint.

242.    The School District Defendants note that the Plaintiffs voluntarily dismissed the claims against all Defendants *in their individual capacities* by a filing on November 12, 2014 (**doc 11**). Therefore the allegations in Paragraph 242 are moot. To the extent a response is required, the School District Defendants deny the allegations contained in Paragraph 242 of the Complaint.

243.    The School District Defendants deny the allegations of Paragraph 243 of the Complaint.

244.    The School District Defendants deny the allegations of Paragraph 244 of the Complaint.

**SECOND CAUSE OF ACTION**
*(Violation of the Equal Access Act)*

245.    All prior responses are incorporated herein.

246.    The School District Defendants deny the allegations of Paragraph 246 of the Complaint.

**DENIAL FOR REQUEST FOR RELIEF SOUGHT**

247.    All prior responses are incorporated herein.

248.    The School District Defendants deny that Plaintiffs are entitled to any relief.

**GENERAL DENIAL**

All allegations contained in the Complaint that are not specifically admitted herein are denied.

**AFFIRMATIVE DEFENSES**

1.      Plaintiffs' claims are barred by qualified immunity.

2.      Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

3.      Plaintiffs' claims are barred, in whole or in part, by their failure to mitigate damages.

4.      Plaintiffs may lack standing.

5.      Plaintiffs' claims should be dismissed for failure to state a cause of action.

DATED this 20th day of November, 2014.

LEWIS ROCA ROTHGERBER LLP


*/s/ Eric V. Hall*
Eric V. Hall
90 South Cascade Avenue, Suite 1100
Colorado Springs, CO 80903
Phone Number: 719-386-3000
Fax Number: 719-386-3070
ehall@LRRLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2014, a true and correct copy of the foregoing *Answer by the School District Defendants* was served via the LexisNexis File & Serve system on the following:

MONICA L. MILLER
American Humanist Association
1777 T Street N.W.
Washington, D.C, 20009

DAVID A. NIOSE
Law Offices of David Niose
348 Lunenburg Street, Suite 202
Fitchburg, MA 01420

Daniele W. Bonifazi
Bonifazi & Inderwish, P.C.
1873 South Bellaire Street, Suite 1401
Denver, Colorado 80222

Barry Arrington
Arrington Law Firm
7340 East Caley Avenue, Suite 360
Centennial, CO 80111

*/s/ Eric V. Hall*
Eric V. Hall