**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02878-RBJ-CBS

AMERICAN HUMANIST ASSOCIATION, INC.,
and JOHN DOE, individually, and as a parent and next friend of DOECHILD-1 and
DOECHILD-2, minors,
and DOECHILD 1, a minor
and DOECHILD 2, a minor
and JACK ROE, individually, and as a parent on behalf of a minor,
and JILL ROE, individually, and as a parent on behalf of a minor,
and JANE ZOE, individually, and as a parent on behalf of a minor,

*Plaintiffs*, v.

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
and DOUGLAS COUNTY BOARD OF EDUCATION,
and ELIZABETH CELANIA-FAGEN, in her official capacity as Superintendent of Douglas
County School District,
and JOHN GUTIERREZ, in his official capacity as Principal of Cougar Run Elementary School,
and JERRY GOINGS, in his official capacity as Principal of Highlands Ranch High School
and WENDY KOCESKI in her official capacity as Elementary Principal of SkyView Academy,
and LISA NOLAN, in her official capacity as Executive Director of SkyView Academy,

*Defendants*.

---

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

---

Defendants Douglas County School District RE-1, Douglas County Board of Education,

Elizabeth Celania-Fagen, John Gutierrez, and Jerry Goings (jointly referred to as the "School

District Defendants"), hereby file this Unopposed Motion for Protective Order and respectfully

request entry of the protective order attached hereto as Exhibit A.

## CERTIFICATE OF CONFERENCE

Pursuant to D.C.COLO.LCivR 7.1A and Fed. R. Civ. P. 26(c)(1), counsel for the School District Defendants corresponded via e-mail regarding this issue on March 2, 2015, with counsel for Plaintiffs American Humanist Association, Inc., John Doe, Doechild 1, Doechild 2, Jack Roe, Jill Roe, and Jane Zoe ("Plaintiffs"), and Defendants Wendy Koceski and Lisa Nolan ("SkyView Defendants") (the School District Defendants, the SkyView Defendants, and the Plaintiffs are henceforward collectively referred to as the "Parties"). Neither the Plaintiffs nor the SkyView Defendants oppose the requested relief.

## INTRODUCTION

This case concerns minor students, teachers, and schools. As such, discovery implicates information pertaining to minors, academic records, and other confidential information. Accordingly, the School District Defendants are requesting the Court enter the proposed protective order attached hereto as Exhibit A ("Protective Order").

## DISCUSSION

The Federal Rules of Civil Procedure authorize a court to enter a protective order. F.R.C.P. 26(c)(1). A protective order may be particularly appropriate in litigation involving a school district where confidential information is subject to discovery. *See, e.g., Gillard v. Boulder Valley Sch. Dist. Re.-2*, 196 F.R.D. 382, 386 (D. Colo. 2000) ("the defendants have made a threshold showing of good cause to believe that discovery will involve the disclosure of confidential information, including personnel records, school records with personally identifiable information about students, and juvenile delinquency records, all of which normally are required to be maintained confidentially").

Douglas County School District is the third largest school district in Colorado, with over 67,000 students and over 7,000 employees. As such, the potential amount of confidential information subject to discovery in this matter is vast. Initial discovery served by Plaintiffs has proven this to be true, as substantial confidential information is sought. Therefore, the Parties agreed to the Protective Order, which is narrowly tailored pursuant to the Court's practice standards. The information the Parties seek to protect includes, but is not limited to, student education records, as that term is defined under the Family Educational Rights and Privacy Act, 20 U.S.C. Sec. 1232g; personnel files; and any information that would be protected from disclosure under the Colorado Open Records Act, C.R.S. 24-72-200.1 *et seq*.

**CONCLUSION**

Confidential information regarding students and certain school records warrants entry of a protective order. Accordingly, the School District Defendants respectfully request entry of the Protective Order attached hereto as Exhibit A.

2005232321_2

DATED this 18th day of March, 2015.

LEWIS ROCA ROTHGERBER LLP

/s/ David M. Hyams
Eric V. Hall
David M. Hyams

90 S. Cascade Ave., Suite 1100
Colorado Springs, CO 80903
Phone Number: 719-386-3000
Fax Number: 719-386-3070
ehall@LRRLaw.com
dhyams@LRRLaw.com

*Attorneys for Defendants Douglas County School District RE-1, Douglas County Board of Education, Elizabeth Celania-Fagen, John Gutierrez, and Jerry Goings*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2015, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR PROTECTIVE ORDER** was served via e-mail on the attorneys of record listed below:

Monica L. Miller
American Humanist Association
1777 T Street N.W.
Washington, D.C, 20009
mmiller@americanhumanist.org

David A. Niose
Law Offices of David Niose
348 Lunenburg Street, Suite 202
Fitchburg, MA 01420
dniose@americanhumanist.org

Daniele W. Bonifazi
Bonifazi & Inderwish, P.C.
1873 South Bellaire Street, Suite 1401
Denver, Colorado 80222
dbonifazi@i-blaw.com

Barry Arrington
Arrington Law Firm
7340 East Caley Avenue, Suite 360
Centennial, CO 80111
barry@arringtonpc.com

*/s/ David M. Hyams*
David M. Hyams

2005232321_2