IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-02878-RBJ

AMERICAN HUMANIST ASSOCIATION, INC.,
JOHN DOE, individually, and as parent and next friend of DOE CHILD-1 and DOE CHILD-2, minors;
DOE CHILD-1, a minor,
DOE CHILD-2, a minor,
JACK ROE, individually and as a parent on behalf of a minor,
JILL ROE, individually and as parent on behalf of a minor, and
JANE ZOE, individually and as parent on behalf of a minor,

    Plaintiffs,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
DOUGLAS COUNTY BOARD OF EDUCATION,
ELIZABETH CELANIA-FAGEN, in her official capacity as Superintendent of Douglas County School District,
JOHN GUTIERREZ, in his official capacity as Principal of Cougar Run Elementary School,
JERRY GOINGS, in his official capacity as Principal of Highlands Ranch High School,
WENDY KOCESKI, in her official capacity as Elementary Principal of SkyView Academy, and
LISA NOLAN, in her official capacity as Executive Director of SkyView Academy,

    Defendants.

---

ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE
DEFENDANTS WENDY KOCEKI AND LISA NOLAN

---

THE COURT, having reviewed the joint motion [ECF No. 35] of plaintiffs and defendants Wendy Koceski and Lisa Nolan (in their official capacities), to dismiss Wendy Koceski and Lisa Nolan with prejudice pursuant to Fed.R.Civ.P. 41(a)(2), and being otherwise advised of the premises,

2

IT IS HEREBY ORDERED, that the motion is granted. Pursuant to Fed.R.Civ.P. 41(a)(2), all claims asserted against defendants Wendy Koceski and Lisa Nolan are dismissed with prejudice.

DATED this 22nd day of April, 2015.

BY THE COURT:

*[signature: Brooke Jackson]*

_____

R. Brooke Jackson
United States District Judge