IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  14-cv-02878-RBJ | Date: June 16, 2015 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| AMERICAN HUMANIST ASSOCIATION INC<br>JACK ROE<br>JILL ROE<br>JANE ZOE<br>       **Plaintiffs** | *Daniele W. Bonifazi via telephone*<br>*Monica L. Miller via telephone* |
| v. | |
| DOUGLAS COUNTY SCHOOL DISTRICT RE-1<br>DOUGLAS COUNTY BOARD OF EDUCATION<br>JOHN GUTIERREZ<br>JERRY GOINGS<br>ELIZABETH CELANIA-FAGEN<br>       **Defendant** | *Eric Hall*<br>*David Hyams* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session:  3:11 p.m.

Appearance of counsel.

Discussion held on discovery disputes and dispositive motions deadline.

**ORDERED:**   Defendant is to provide records of dismissed employee with personnel information redacted.

   **Groups 1 and 2 of documents, as discussed on the record, are not legitimately subject to a privilege and are to be produced.**

>**Group 3 documents, as discussed on the record, are privileged information and the plaintiff has not made a prima facie showing sufficient to conduct an in camera inspection.**
>
>**Group 4 documents are no longer being sought by the plaintiffs.**
>
>**Depositions of plaintiffs are to be rescheduled.**
>
>**Dispositive Motions Deadline is extended to August 3, 2015, response due August 24, 2015, reply due September 10, 2015.**

The Court addresses expectations as to dispositive motions.

>**[43] Plaintiffs' Motion to Compel Discovery and Motion to Extend Dispositive Motion Deadline is GRANTED IN PART and DENIED IN PART.**

Court in Recess:  3:49 p.m.          Hearing concluded.          Total time in Court:  00:38