**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Civil Action No 14-cv-02878-RBJ

AMERICAN HUMANIST ASSOCIATION, INC.,
JOHN DOE, individually, and as parent and next friend of DOE CHILD-1 and DOE CHILD-2, minors;
DOE CHILD-1, a minor,
DOE CHILD-2, a minor,
JACK ROE, individually and as a parent on behalf of a minor,
JILL ROE, individually and as parent on behalf of a minor, and
JANE ZOE, individually and as parent on behalf of a minor,

    Plaintiffs,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
DOUGLAS COUNTY BOARD OF EDUCATION,
ELIZABETH CELANIA-FAGEN, in her official capacity as Superintendent of Douglas County School District,
JOHN GUTIERREZ, in his official capacity as Principal of Cougar Run Elementary School,
JERRY GOINGS, in his official capacity as Principal of Highlands Ranch High School,
MICHAEL MUNIER, in his individual capacity,
WENDY KOCESKI, in her official capacity as Elementary Principal of SkyView Academy, and
LISA NOLAN, in her official capacity as Executive Director of SkyView Academy,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case, and the Order entered by the Honorable R. Brooke Jackson, United States District Judge, on January 20, 2016, it is

ORDERED that Plaintiffs' motion for summary judgment [ECF No. 47] is DENIED, and defendants' motion for summary judgment [ECF No. 50] is GRANTED. The individual plaintiffs' claims in this civil action are DISMISSED WITH PREJUDICE. American Humanist Association's claims are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Final Judgment is entered in favor of

defendants and against plaintiffs. As the prevailing party, defendants are awarded costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED this 20th day of January 2016.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/Deborah Hansen
 Deborah Hansen, Deputy Clerk